UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON O. MURPHY SR.,

        Plaintiff(s),

    v.

SUPERIOR OF CALIFORNIA AT SAN FRANCISCO COUNTY,

        Defendant(s).
_____/

No. C-14-02585 DMR

**ORDER RE: PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* [DOCKET NO. 3]**

The court is in receipt of Plaintiff's application to proceed *in forma pauperis*. [Docket No. 3.] The application is incomplete. Specifically, Plaintiff has not indicated whether Plaintiff owns a home or is buying a home, owns an automobile, or has a bank account. Plaintiff is ordered to supplement the application with this information by **June 27, 2014.** Failure to do so may result in denial of Plaintiff's application.

IT IS SO ORDERED.

Dated: June 16, 2014

_____
DONNA M. RYU
United States Magistrate Judge